DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BAY AREA CHIROPRACTICE, INC.** a/a/o **CLAUDETTE GIBSON,**
Appellant,

v.

**INFINITY AUTO INSURANCE COMPANY,**
Appellee.

No. 4D21-1519

[March 24, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. COWE19-005340.

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

Leslie M. Goodman of Law Office of Leslie M. Goodman & Associates, Miami, and Arlenys Casanova of Law Offices of Terry M. Torres & Associates, Doral, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***